

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00035-CV

| | | |
|---|---|---|
| ACT Trading F.Z.E. | § | From the 355th District Court |
| | § | of Hood County (C2013135) |
| v. | | |
| | § | January 22, 2015 |
| Triple Canopy, Inc. | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that appellant ACT Trading F.Z.E. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
     Chief Justice Terrie Livingston